JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MANNING and RAYMOND MANNING<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | **Case No.: 2:20-cv-4478 DSF (JPRx)**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: May 18, 2020<br><br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Jean P. Rosenbluth |

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All of claims in the above-entitled action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 24, 2022

_Dale S. Fischer_
Honorable Dale S. Fischer
United States District Judge